UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  
MARGARITO RODRIGUEZ  
MARIA M. RODRIGUEZ

CHAPTER 13

CASE NO. 13-83140

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** PNC Mortgage    **Court claim #:** 15

**Last four digits** of any number used to identify the debtor's account: 5191

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $16,615.54 |
| Amount Paid by Trustee | $16,615.54 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan        ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/16/18            /s/Lydia S. Meyer
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 16th Day of August, 2018

Dated:  8/16/18            /s/Cynthia K. Burnard

PNC MORTGAGE
BANKRUPTCY DEPARTMENT
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

PNC MORTGAGE
248 FIFTH AVE.
ONE PNC PLAZA
PITTSBURGH, PA  15222

NISHA PARIKH
FREEDMAN, ANSELMO, LINDBERG LLC
1771 W. DIEHL ROAD. STE. 150
NAPERVILLE, IL 60563

MARGARITO RODRIGUEZ
MARIA M. RODRIGUEZ
325 CHANNING AVE.
BELVIDERE, IL  61008

CHICAGO LEGAL LLC
903 COMMERCE DR., STE 165
BERWYN, IL  60402-0000